No. 97–1374. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. *v.* CITY OF NEW YORK ET AL. D. C. D. C. [Probable jurisdiction noted, 522 U. S. 1144.] Motion of John S. Baker, Jr., for leave to file a brief as *amicus curiae* granted.

No. 97–8325. IN RE TURNER. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until May 11, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–8462. IN RE CHATMAN;
No. 97–8478. IN RE ALLEN; and
No. 97–8500. IN RE FLOWERS. Petitions for writs of habeas corpus denied.

No. 97–7841. IN RE ROBINSON;
No. 97–7962. IN RE LONGENETTE; and
No. 97–8276. IN RE MALONE. Petitions for writs of mandamus denied.

No. 97–1121. CITY OF CHICAGO *v.* MORALES ET AL. Sup. Ct. Ill. Motion of respondents Jesus Morales et al. for leave to proceed *in forma pauperis* without affidavits of indigency granted. Certiorari granted.

No. 97–805. MULDERIG *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–965. BRYANT *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–1062. PARKER *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 97–1095. BECTON DICKINSON VASCULAR ACCESS, INC. *v.* CRITIKON, INC.; and
No. 97–1292. CRITIKON, INC. *v.* BECTON DICKINSON VASCULAR ACCESS, INC. C. A. Fed. Cir. Certiorari denied. Reported below: 120 F. 3d 1253.